UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 16-05968 DDP (MRWx)**                    Date: March 6, 2017

Title:     CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, ET AL. -*v*- JAMES A.
           KLEIN, ET AL.
========================================================================
PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

              <u>Patricia Gomez</u>                          <u>Maria Bustillos</u>
              Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Dylan C. Dang                          Paul H Beattie
R. Joseph Trojan                       Thomas E Loop
Ann G Schoen
Ira G Rivin

PROCEEDINGS:        MOTION FOR PRELIMINARY INJUNCTION RE AGAINST
                    DEFENDANTS FILED BY PLAINTIFF (DKT. NO. 54)
                    MOTION FOR PRELIMINARY INJUNCTION RE ORDER ON MOTION
                    FOR LEAVE TO FILE DOCUMENT UNDER SEAL 60 FILED BY
                    PLAINTIFF (DKT. NO. 61)
                    SCHEDULING CONFERENCE


        Court and counsel confer as reflected on the record.  The matters are taken
under submission.


        Held Scheduling conference. The Court adopts the dates as reflected by the
Joint Rule 26(f) Report. (Refer to the SCHEDULING ORDER to be issued hereafter.)



                                              1      :      13

                          Initials of Preparer          PG