Ira G. Rivin, CA Bar No. 62530
irivin@rutan.com
RUTAN & TUCKER, LLC
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626
Telephone: 714-641-3410
Facsimile: 714-546-9035

FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: 513.651.6800
Facsimile: 513.651.6981
Ann G. Schoen (*pro hac vice*)
aschoen@fbtlaw.com
Jeffrey F. Kersting (*pro hac vice*)
jkersting@fbtlaw.com

Attorneys for Plaintiff Clarkwestern Dietrich
Building Systems LLC d.b.a. ClarkDietrich
Building Systems

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company<br><br>Plaintiffs,<br>v.<br><br>JAMES A. KLEIN, an individual; and BLAZEFRAME INDUSTRIES, LTD., a Washington company,<br><br>Defendants. | CASE NO. 16-cv-5968 DDP (MRWx)<br><br>**ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br><br>The Honorable Dean D. Pregerson<br>Date: TBD<br>Time: TBD<br>Courtroom: 3 (Spring Street) |

Having considered the Ex Parte Application of Plaintiff Clarkwestern Dietrich Building Systems LLC ("ClarkDietrich") for Issuance of a Temporary Restraining Order and an Order to Show Cause Re Preliminary Injunction (the "Ex Parte Application"), and good cause having been shown,

The Court hereby **ORDERS** that Defendants James Klein and BlazeFrame Industries, Ltd. (jointly, "Defendants") appear in this Court, on May 22, 2017, at 10:00 a.m., to show cause, if any exists, why a preliminary injunction should not issue against Defendants and their agents, employees, and representatives, and anyone acting at their direction or on their behalf (collectively, "Defendants' Agents"),

    1    <u>Enjoining and prohibiting</u> Defendants and their Agents, through the trial of this action, from taking or engaging in, or failing to take, any action or conduct that would cause (or is likely, or intended by Defendants, to cause or result in) ClarkDietrich to be removed from any listing of Underwriters Laboratory (UL) or any other third party certifying entity (collectively, "UL listings") for any intumescent-tape bearing products or any fire stopping products; and

    2.    In the event Defendants or their Agents have taken any action or engaged in any conduct that would cause (or is likely, or intended by Defendants, to cause or result in) ClarkDietrich to be removed from any UL listings, <u>directing and ordering</u> Defendants to immediately take all actions

necessary to reinstate or maintain ClarkDietrich's listing as approved on all UL listings for any intumescent-tape bearing products or any fire stopping products through trial of this action.

Defendants' opposition, if any, to the issuance of the requested preliminary injunction shall be filed in this Court no later than May 12, 2017, and ClarkDietrich's reply papers, if any, shall be filed in this Court no later than May 17, 2017.

Dated: May 9, 2017        By: _____
Honorable Dean D. Pregerson
United States District Judge

0121667.0602415 4851-3075-3857v2