TROJAN LAW OFFICES
BEVERLY HILLS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company<br><br>Plaintiffs,<br>v.<br><br>JAMES A. KLEIN, an individual; and BLAZEFRAME INDUSTRIES, LTD., a Washington company,<br><br>Defendants. | CASE NO. 16-cv-5968 DDP (MRWx)<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION**<br><br>The Honorable Dean D. Pregerson<br><br>Courtroom: 9C (1st Street) |

Before the Court is Plaintiffs California Expanded Metal Products Company ("CEMCO") and Clarkwestern Dietrich Building Systems LLC, d.b.a. ClarkDietrich Building Systems' ("ClarkDietrich") Motion for Preliminary Injunction. After considering the motion, the opposition, the reply, all evidence, and the arguments therein:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED, in part, and DENIED, in part. Defendants James A. Klein ("Klein") and BlazeFrame Industries, Ltd. ("BlazeFrame") and their agents, employees, and representatives are enjoined from doing and/or ordered to do the following:

a. Enjoined from offering for sale or selling licensed BlazeFrame® Products ("BF Products") outside Oregon, Washington, Alaska, Idaho, Montana and Wyoming ("the restricted territory"), either directly or through Big Mountain Supply & Materials LLC. This provision shall not be read to restrict the sales activities of independent third-party distributors.

b. Enjoined from offering for sale or selling intumescent tape outside the restricted territory, except for the limited purpose of repair;

**IT IS SO ORDERED.**

Dated: May 9, 2017

_____
Honorable Dean D. Pregerson
United States District Judge